**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Anthony D. Ferrell                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-12274 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                               Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
01 Jul 2025, 12:19:27, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322