# Earnings Statement

**FERRELL, ANTHONY**

| | | |
|---|---|---|
| Pay Date: | 04/04/2025 | Company: 16N27 - SOLID WASTE SERVICES INC |
| Period Start: | 03/23/2025 | 2650 AUDUBON RD |
| Period End: | 03/29/2025 | AUDUBON PA 19403 |

Emp #: A104
Dept: DR0000 - DRIVER/OPERATOR
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 32.94 | 40.00 | 1317.60 | 17057.98 |
| Overtime | 0.00 | 0.00 | 0.00 | 5367.91 |
| Weighted OT | 49.41 | 18.07 | 892.84 | 892.84 |
| Holiday | 0.00 | 0.00 | 0.00 | 496.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 610.34 |
| Weekly Bonus | | | 0.00 | 100.00 |
| **Gross** | | **58.07** | **2210.44** | **24525.07** |

| W/H Taxes | | | Current Period | Year To Date |
|---|---|---|---|---|
| Federal W/H(S) | | | 320.17 | 2701.43 |
| Medicare | | | 32.05 | 355.61 |
| Social Security | | | 137.04 | 1520.55 |
| Penn. State W/H(S/0) | | | 67.86 | 752.92 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 82.89 | 919.70 |
| LST 461501,FRANCONIA TWP/SOUDERTON | | | 1.00 | 14.00 |
| Pennsylvania UI/HC/WF | | | 1.55 | 17.17 |

| Deductions | Current Period | Year To Date |
|---|---|---|
| 401K LOAN 1 | 27.68 | 387.52 |
| 401k % | 22.10 | 2253.57 |
| LONG TERM DIS | 9.75 | 135.93 |
| Mutual of Omaha Child Life | 0.53 | 7.42 |
| SHORT TERM DIS | 5.77 | 80.78 |
| SPOUSE LIFE | 0.89 | 12.46 |
| SUPP LIFE | 8.43 | 118.02 |

| | Current Period | Year To Date | |
|---|---|---|---|
| **Net Pay** | **1492.73** | **15247.99** | Voucher No. 648613112DD |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 373.18 | 3811.97 | A/C:5102 |
| Direct Dep. Distribution 1 | 1119.55 | 11436.02 | A/C:3859 |

Voucher No. 648613112DD

SOLID WASTE SERVICES INC

DATE: 04/04/2025

Dept: DR0000

**Net Pay:**  1492.73

One Thousand Four Hundred Ninety Two And 73/100 Dollars

FERRELL, ANTHONY
1406 E DUVAL ST
PHILADELPHIA, PA  19138

For Record Purposes Only
**NON-NEGOTIABLE**

| | | Pay Date: | 04/11/2025 | Company: 16N27 - SOLID WASTE SERVICES INC | Emp #: A104 |
| | | Period Start: | 03/30/2025 | 2650 AUDUBON RD | Dept: DR0000 - DRIVER/OPERATOR |
| | | Period End: | 04/05/2025 | AUDUBON  PA  19403 | Pay Basis: Hourly |

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 32.94 | 40.00 | 1317.60 | 18375.58 |
| Overtime | 0.00 | 0.00 | 0.00 | 5367.91 |
| Weighted OT | 49.41 | 15.78 | 779.69 | 1672.53 |
| Holiday | 0.00 | 0.00 | 0.00 | 496.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 610.34 |
| Weekly Bonus | | | 0.00 | 100.00 |
| **Gross** | | 55.78 | 2097.29 | 26622.36 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 295.52 | 2996.95 |
| Medicare | | | 30.41 | 386.02 |
| Social Security | | | 130.04 | 1650.59 |
| Penn. State W/H(S/0) | | | 64.39 | 817.31 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 78.65 | 998.35 |
| LST 461501,FRANCONIA TWP/SOUDERTON | | | 1.00 | 15.00 |
| Pennsylvania UI/HC/WF | | | 1.47 | 18.64 |
| **Deductions** | | | | |
| 401K LOAN 1 | | | 27.68 | 415.20 |
| 401k % | | | 20.97 | 2274.54 |
| LONG TERM DIS | | | 9.75 | 145.68 |
| Mutual of Omaha Child Life | | | 0.53 | 7.95 |
| SHORT TERM DIS | | | 5.77 | 86.55 |
| SPOUSE LIFE | | | 0.89 | 13.35 |
| SUPP LIFE | | | 8.43 | 126.45 |
| **Net Pay** | | | 1421.79 | 16669.78  Voucher No. 650070043DD |

**Net Pay Distribution**

| | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 355.45 | 4167.42 | A/C:5102 |
| Direct Dep. Distribution 1 | 1066.34 | 12502.36 | A/C:3859 |

| **Employee Benefits, Allowances, and Other** | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Family Hours ** | | 24.00 | 0.00 | 24.00 |
| Bereavement Other Hours ** | | 8.00 | 0.00 | 8.00 |
| Jury Duty Hours ** | | 80.00 | 0.00 | 80.00 |

**Accruals balances are accurate as of processing 04/9/2025 10:09 am

| | Voucher No. 650070043DD |
|---|---|
| SOLID WASTE SERVICES INC | |
| | DATE: 04/11/2025 |
| Dept: DR0000 | |

**Net Pay:** 1421.79

One Thousand Four Hundred Twenty One And 79/100 Dollars

FERRELL, ANTHONY
1406 E DUVAL ST
PHILADELPHIA, PA  19138

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

FERRELL, ANTHONY

| | |
|---|---|
| Pay Date: 04/18/2025 | Company: 16N27 - SOLID WASTE SERVICES INC |
| Period Start: 04/06/2025 | 2650 AUDUBON RD |
| Period End: 04/12/2025 | AUDUBON PA 19403 |

Emp #: A104
Dept: DR0000 - DRIVER/OPERATOR
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 32.94 | 40.00 | 1317.60 | 19693.18 |
| Overtime | 0.00 | 0.00 | 0.00 | 5367.91 |
| Weighted OT | 49.41 | 14.13 | 698.16 | 2370.69 |
| Holiday | 0.00 | 0.00 | 0.00 | 496.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 610.34 |
| Weekly Bonus | | | 0.00 | 100.00 |
| **Gross** | | 54.13 | 2015.76 | 28638.12 |

| W/H Taxes | Current Period | Year To Date |
|---|---|---|
| Federal W/H(S) | 277.76 | 3274.71 |
| Medicare | 29.23 | 415.25 |
| Social Security | 124.97 | 1775.56 |
| Penn. State W/H(S/0) | 61.88 | 879.19 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | 75.59 | 1073.94 |
| LST 461501,FRANCONIA TWP/SOUDERTON | 1.00 | 16.00 |
| Pennsylvania UI/HC/WF | 1.41 | 20.05 |

| Deductions | Current Period | Year To Date |
|---|---|---|
| 401K LOAN 1 | 27.68 | 442.88 |
| 401k % | 20.16 | 2294.70 |
| LONG TERM DIS | 9.75 | 155.43 |
| Mutual of Omaha Child Life | 0.53 | 8.48 |
| SHORT TERM DIS | 5.77 | 92.32 |
| SPOUSE LIFE | 0.89 | 14.24 |
| SUPP LIFE | 8.43 | 134.88 |

| | Current Period | Year To Date |
|---|---|---|
| **Net Pay** | 1370.71 | 18040.49  Voucher No. 651905313DD |

| Net Pay Distribution | | |
|---|---|---|
| Direct Deposit Net Check | 342.68 | 4510.10 A/C:5102 |
| Direct Dep. Distribution 1 | 1028.03 | 13530.39 A/C:3859 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Family Hours ** | | 24.00 | 0.00 | 24.00 |
| Bereavement Other Hours ** | | 8.00 | 0.00 | 8.00 |
| Jury Duty Hours ** | | 80.00 | 0.00 | 80.00 |

**Accruals balances are accurate as of processing 04/16/2025 08:13 am

| | Voucher No. 651905313DD |
|---|---|
| SOLID WASTE SERVICES INC | |
| | DATE: 04/18/2025 |
| Dept: DR0000 | |

**Net Pay:** 1370.71

One Thousand Three Hundred Seventy And 71/100 Dollars

FERRELL, ANTHONY
1406 E DUVAL ST
PHILADELPHIA, PA  19138

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

FERRELL, ANTHONY

| | |
|---|---|
| Pay Date: 04/25/2025 | Emp #: A104 |
| Period Start: 04/13/2025 | Dept: DR0000 - DRIVER/OPERATOR |
| Period End: 04/19/2025 | Pay Basis: Hourly |

Company: 16N27 - SOLID WASTE SERVICES INC
2650 AUDUBON RD
AUDUBON PA 19403

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 32.94 | 40.00 | 1317.60 | 21010.78 |
| Overtime | 0.00 | 0.00 | 0.00 | 5367.91 |
| Weighted OT | 49.41 | 16.19 | 799.95 | 3170.64 |
| Holiday | 0.00 | 0.00 | 0.00 | 496.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 610.34 |
| Weekly Bonus | | | 0.00 | 100.00 |
| **Gross** | | 56.19 | 2117.55 | 30755.67 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 299.93 | 3574.64 |
| Medicare | | | 30.71 | 445.96 |
| Social Security | | | 131.29 | 1906.85 |
| Penn. State W/H(S/0) | | | 65.01 | 944.20 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 79.41 | 1153.35 |
| LST 461501,FRANCONIA TWP/SOUDERTON | | | 1.00 | 17.00 |
| Pennsylvania UI/HC/WF | | | 1.48 | 21.53 |
| **Deductions** | | | | |
| 401K LOAN 1 | | | 27.68 | 470.56 |
| 401k % | | | 21.18 | 2315.88 |
| LONG TERM DIS | | | 9.75 | 165.18 |
| Mutual of Omaha Child Life | | | 0.53 | 9.01 |
| SHORT TERM DIS | | | 5.77 | 98.09 |
| SPOUSE LIFE | | | 0.89 | 15.13 |
| SUPP LIFE | | | 8.43 | 143.31 |
| **Net Pay** | | | 1434.49 | 19474.98 Voucher No. 653299862DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 358.62 | 4868.72 A/C:5102 |
| Direct Dep. Distribution 1 | | | 1075.87 | 14606.26 A/C:3859 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Family Hours ** | | 24.00 | 0.00 | 24.00 |
| Bereavement Other Hours ** | | 8.00 | 0.00 | 8.00 |
| Jury Duty Hours ** | | 80.00 | 0.00 | 80.00 |

**Accruals balances are accurate as of processing 04/22/2025 11:29 am

Voucher No. 653299862DD

SOLID WASTE SERVICES INC

DATE: 04/25/2025

Dept: DR0000

**Net Pay:** 1434.49

One Thousand Four Hundred Thirty Four And 49/100 Dollars

FERRELL, ANTHONY
1406 E DUVAL ST
PHILADELPHIA, PA  19138

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

FERRELL, ANTHONY

| | |
|---|---|
| Pay Date: 05/02/2025 | Company: 16N27 - SOLID WASTE SERVICES INC |
| Period Start: 04/20/2025 | 2650 AUDUBON RD |
| Period End: 04/26/2025 | AUDUBON PA 19403 |

Emp #: A104
Dept: DR0000 - DRIVER/OPERATOR
Pay Basis: Hourly

| Earnings | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| Regular | 32.94 | 40.00 | 1317.60 | 22328.38 |
| Overtime | 0.00 | 0.00 | 0.00 | 5367.91 |
| Weighted OT | 49.41 | 16.69 | 824.65 | 3995.29 |
| Holiday | 0.00 | 0.00 | 0.00 | 496.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 610.34 |
| Weekly Bonus | | | 0.00 | 100.00 |
| **Gross** | | 56.69 | 2142.25 | 32897.92 |

| W/H Taxes | Current Period | Year To Date |
|---|---|---|
| Federal W/H(S) | 305.31 | 3879.95 |
| Medicare | 31.06 | 477.02 |
| Social Security | 132.82 | 2039.67 |
| Penn. State W/H(S/0) | 65.77 | 1009.97 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | 80.33 | 1233.68 |
| LST 461501,FRANCONIA TWP/SOUDERTON | 1.00 | 18.00 |
| Pennsylvania UI/HC/WF | 1.50 | 23.03 |

| Deductions | Current Period | Year To Date |
|---|---|---|
| 401K LOAN 1 | 27.68 | 498.24 |
| 401k % | 21.42 | 2337.30 |
| LONG TERM DIS | 9.75 | 174.93 |
| Mutual of Omaha Child Life | 0.53 | 9.54 |
| SHORT TERM DIS | 5.77 | 103.86 |
| SPOUSE LIFE | 0.89 | 16.02 |
| SUPP LIFE | 8.43 | 151.74 |

| | Current Period | Year To Date | |
|---|---|---|---|
| **Net Pay** | 1449.99 | 20924.97 | Voucher No. 655348148DD |

| Net Pay Distribution | Current Period | Year To Date | |
|---|---|---|---|
| Direct Deposit Net Check | 362.50 | 5231.22 | A/C:5102 |
| Direct Dep. Distribution 1 | 1087.49 | 15693.75 | A/C:3859 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Family Hours ** | | 24.00 | 0.00 | 24.00 |
| Bereavement Other Hours ** | | 8.00 | 0.00 | 8.00 |
| Jury Duty Hours ** | | 80.00 | 0.00 | 80.00 |

**Accruals balances are accurate as of processing 04/29/2025 11:41 am

| | Voucher No. 655348148DD |
|---|---|
| SOLID WASTE SERVICES INC | |
| | DATE: 05/02/2025 |
| Dept: DR0000 | |

**Net Pay:** 1449.99

One Thousand Four Hundred Forty Nine And 99/100 Dollars

FERRELL, ANTHONY
1406 E DUVAL ST
PHILADELPHIA, PA  19138

For Record Purposes Only
**NON-NEGOTIABLE**

# Earnings Statement

**FERRELL, ANTHONY**

| | |
|---|---|
| Pay Date: | 05/23/2025 |
| Period Start: | 05/11/2025 |
| Period End: | 05/17/2025 |

Company: 16N27 - SOLID WASTE SERVICES INC
2650 AUDUBON RD
AUDUBON  PA  19403

Emp #: A104
Dept:  DR0000 - DRIVER/OPERATOR
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 32.94 | 40.00 | 1317.60 | 26281.18 |
| Overtime | 0.00 | 0.00 | 0.00 | 5367.91 |
| Weighted OT | 49.41 | 15.95 | 788.09 | 6004.30 |
| Holiday | 0.00 | 0.00 | 0.00 | 496.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 610.34 |
| Weekly Bonus | | | 0.00 | 100.00 |
| **Gross** | | 55.95 | 2105.69 | 38859.73 |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 297.35 | 4694.63 |
| Medicare | | | 30.54 | 563.47 |
| Social Security | | | 130.55 | 2409.30 |
| Penn. State W/H(S/0) | | | 64.64 | 1192.99 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 78.96 | 1457.25 |
| LST 461501,FRANCONIA TWP/SOUDERTON | | | 1.00 | 21.00 |
| Pennsylvania UI/HC/WF | | | 1.47 | 27.19 |
| **Deductions** | | | | |
| 401K LOAN 1 | | | 27.68 | 581.28 |
| 401k % | | | 21.06 | 2396.93 |
| LONG TERM DIS | | | 9.75 | 204.18 |
| Mutual of Omaha Child Life | | | 0.53 | 11.13 |
| SHORT TERM DIS | | | 5.77 | 121.17 |
| SPOUSE LIFE | | | 0.89 | 18.69 |
| SUPP LIFE | | | 8.43 | 177.03 |
| **Net Pay** | | | 1427.07 | 24983.49  Check No. 415794711 |

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Payroll Net Check | | 1427.07 | 9289.74 A/C: |

| **Employee Benefits, Allowances, and Other** | **Current Period** | **Year To Date** | **YTD Taken** | **Available** |
|---|---|---|---|---|
| Bereavement Family Hours (Hours) ** | | 24.00 | 0.00 | 24.00 |
| Bereavement Other Hours (Hours) ** | | 8.00 | 0.00 | 8.00 |
| Birthday Hours (Hours) ** | | 8.00 | 0.00 | 8.00 |
| Jury Duty Hours (Hours) ** | | 80.00 | 0.00 | 80.00 |

**Accruals balances are accurate as of processing 05/20/2025 11:10 am

| | Check No.  415794711 |
|---|---|
| SOLID WASTE SERVICES INC | |
| | DATE: 05/23/2025 |
| Dept: DR0000 | |
| **Net Pay:** | **1427.07** |

One Thousand Four Hundred Twenty Seven And 07/100 Dollars

FERRELL, ANTHONY
1406 E DUVAL ST
PHILADELPHIA, PA  19138

**For Record Purposes Only**
**\*\*NON-NEGOTIABLE\*\***

# Earnings Statement

**FERRELL, ANTHONY**

| | |
|---|---|
| Pay Date: | 05/30/2025 |
| Period Start: | 05/18/2025 |
| Period End: | 05/24/2025 |

Company: 16N27 - SOLID WASTE SERVICES INC
2650 AUDUBON RD
AUDUBON  PA  19403

Emp #: A104
Dept:  DR0000 - DRIVER/OPERATOR
Pay Basis: Hourly

| | Rate | Hours/Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 32.94 | 40.00 | 1317.60 | 27598.78 |
| Overtime | 0.00 | 0.00 | 0.00 | 5367.91 |
| Weighted OT | 49.41 | 21.21 | 1047.99 | 7052.29 |
| Holiday | 0.00 | 0.00 | 0.00 | 496.00 |
| Vacation | 0.00 | 0.00 | 0.00 | 610.34 |
| Weekly Bonus | | | 0.00 | 100.00 |
| **Gross** | | 61.21 | **2365.59** | **41225.32** |
| **W/H Taxes** | | | | |
| Federal W/H(S) | | | 355.27 | 5049.90 |
| Medicare | | | 34.30 | 597.77 |
| Social Security | | | 146.67 | 2555.97 |
| Penn. State W/H(S/0) | | | 72.62 | 1265.61 |
| 510101,PHILADELPHIA CITY/PHILADELPHIA CITY | | | 88.71 | 1545.96 |
| LST 461501,FRANCONIA TWP/SOUDERTON | | | 1.00 | 22.00 |
| Pennsylvania UI/HC/WF | | | 1.66 | 28.85 |
| **Deductions** | | | | |
| 401K LOAN 1 | | | 27.68 | 608.96 |
| 401k % | | | 23.66 | 2420.59 |
| LONG TERM DIS | | | 9.75 | 213.93 |
| Mutual of Omaha Child Life | | | 0.53 | 11.66 |
| SHORT TERM DIS | | | 5.77 | 126.94 |
| SPOUSE LIFE | | | 0.89 | 19.58 |
| SUPP LIFE | | | 8.43 | 185.46 |
| **Net Pay** | | | **1588.65** | **26572.14** Check No. 415815561 |
| **Net Pay Distribution** | | | | |
| Payroll Net Check | | | 1588.65 | 10878.39 A/C: |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Bereavement Family Hours (Hours) ** | | 24.00 | 0.00 | 24.00 |
| Bereavement Other Hours (Hours) ** | | 8.00 | 0.00 | 8.00 |
| Birthday Hours (Hours) ** | | 8.00 | 0.00 | 8.00 |
| Jury Duty Hours (Hours) ** | | 80.00 | 0.00 | 80.00 |

**Accruals balances are accurate as of processing 05/27/2025 11:07 am

Check No.  415815561

SOLID WASTE SERVICES INC

DATE: 05/30/2025

Dept: DR0000

**Net Pay:**                                                                                                    **1588.65**

One Thousand Five Hundred Eighty Eight And 65/100 Dollars

FERRELL, ANTHONY
1406 E DUVAL ST
PHILADELPHIA, PA  19138

For Record Purposes Only
**\*\*NON-NEGOTIABLE\*\***