| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-12274-AMC

Anthony D. Ferrell  
1406 E Duval Street  
Philadelphia  PA   19138

Petition Filed Date: 06/05/2025  
341 Hearing Date: 07/18/2025  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/02/2025 | $1,500.00 | | 07/31/2025 | $1,500.00 | | | | |

**Total Receipts for the Period: $3,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD »» 001 | Secured Creditors | $6,512.82 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA INC »» 02S | Secured Creditors | $13.66 | $0.00 | $0.00 |
| 3 | SANTANDER CONSUMER USA INC »» 02U | Unsecured Creditors | $13,248.92 | $0.00 | $0.00 |
| 4 | CAPITAL ONE NA SUCCESSOR TO DISCOVER »» 003 | Unsecured Creditors | $3,323.34 | $0.00 | $0.00 |
| 5 | US SMALL BUSINESS ADMINISTRATION (SBA) »» 004 | Unsecured Creditors | $23,090.51 | $0.00 | $0.00 |
| 6 | ONE MAIN FINANCIAL GROUP LLC »» 005 | Unsecured Creditors | $1,495.59 | $0.00 | $0.00 |
| 7 | ONE MAIN FINANCIAL GROUP LLC »» 006 | Unsecured Creditors | $18,767.80 | $0.00 | $0.00 |
| 8 | ATLAS ACQUISITIONS LLC »» 007 | Unsecured Creditors | $11,503.55 | $0.00 | $0.00 |
| 9 | MIDFIRST BANK »» 008 | Mortgage Arrears | $3,971.99 | $0.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS) »» 09P | Priority Creditors | $14,295.25 | $0.00 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS) »» 09U | Unsecured Creditors | $38,902.60 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $790.88 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $1,420.55 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 012 | Unsecured Creditors | $1,354.07 | $0.00 | $0.00 |
| 15 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $1,273.77 | $0.00 | $0.00 |
| 16 | VERIZON BY AIS AS AGENT »» 014 | Unsecured Creditors | $107.96 | $0.00 | $0.00 |

Chapter 13 Case No. 25-12274-AMC

| 17 | MIDLAND CREDIT MANAGEMENT INC »» 015 | Unsecured Creditors | $1,245.92 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 18 | MIDLAND CREDIT MANAGEMENT INC »» 016 | Unsecured Creditors | $2,769.50 | $0.00 | $0.00 |
| 19 | AFFIRM INC »» 017 | Unsecured Creditors | $900.71 | $0.00 | $0.00 |
| 20 | MERRICK BANK »» 018 | Unsecured Creditors | $1,134.48 | $0.00 | $0.00 |
| 21 | BANK OF AMERICA, NA »» 019 | Unsecured Creditors | $400.09 | $0.00 | $0.00 |
| 22 | LVNV FUNDING LLC »» 020 | Unsecured Creditors | $2,150.03 | $0.00 | $0.00 |
| 23 | LVNV FUNDING LLC »» 021 | Unsecured Creditors | $1,397.29 | $0.00 | $0.00 |
| 24 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $2,223.75 | $0.00 | $0.00 |
| 25 | LVNV FUNDING LLC »» 023 | Unsecured Creditors | $2,014.92 | $0.00 | $0.00 |
| 26 | LVNV FUNDING LLC »» 024 | Unsecured Creditors | $801.78 | $0.00 | $0.00 |
| 27 | LVNV FUNDING LLC »» 025 | Unsecured Creditors | $833.93 | $0.00 | $0.00 |
| 28 | QUANTUM3 GROUP LLC »» 026 | Unsecured Creditors | $1,205.89 | $0.00 | $0.00 |
| 29 | HOMETAP HEI FUND IV SPVII LLC »» 027 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | DIGITAL FEDERAL CREDIT UNION »» 028 | Unsecured Creditors | $1,893.06 | $0.00 | $0.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES »» 029 | Unsecured Creditors | $3,291.92 | $0.00 | $0.00 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES »» 030 | Unsecured Creditors | $319.96 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $165.00 | Total Plan Base: | $90,000.00 |
| Funds on Hand: | $2,835.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.