UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Anthony D. Ferrell <br><br>     Debtor | Chapter 13 <br> Bankruptcy No.25-12274-AMC |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 16th day of October, 2025, by first class mail upon those listed below:


Anthony D. Ferrell
1406 E Duval Street
Philadelphia, PA  19138

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQUIRE
7614 ALGON AVENUE
PHILADELPHIA, PA  19111-3320


                                              */s/ Kristen Gliem*
                                              Kristen Gliem
                                              for
                                              Scott F. Waterman, Esquire
                                              Standing Chapter 13 Trustee