**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 25-12274** |
| **ANTHONY D. FERRELL,** | **CHAPTER 13** |
| **DEBTOR.** | |

### NOTICE OF APPEARANCE

**TO THE CLERK:**

Kindly enter the appearance of the undersigned on behalf of secured creditor Hometap Investment Partners III SPV, LLC by and through its servicer, Hometap Equity Partners, LLC.

Dated: March 18, 2026

**HINSHAW & CULBERTSON LLP**

By: /s/ Fred W. Hoensch
Fred W. Hoensch
111 Wood Avenue South, Suite 210
Iselin, NJ 08830
Telephone: (908) 374-0337
Fax: (908) 374-0345
fhoensch@hinshawlaw.com
*Counsel for Creditor, Hometap Investment Partners III SPV, LLC by and through its servicer, Hometap Equity Partners, LLC*