**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **CASE NO. 25-12274** |
| **ANTHONY D. FERRELL,** | **CHAPTER 13** |
| **DEBTOR.** | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appearance of Hometap

Investment Partners III SPV, LLC has been furnished electronically, via CM/ECF, this 18th day

of March, 2026, upon the following.

David M. Offen
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106
*Attorney for Debtor*

Scott F. Waterman
2901 St. Lawrence Ave. Suite 100
Reading, PA 19606
*Chapter 13 Trustee*

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street - Suite 320
Philadelphia, PA 19107
*U.S. Trustee*

Dated: March 18, 2026                           **HINSHAW & CULBERTSON LLP**

By: /s/ Fred W. Hoensch
Fred W. Hoensch
111 Wood Avenue South, Suite 210
Iselin, NJ 08830
Telephone: (908) 374-0337
Fax: (908) 374-0345
fhoensch@hinshawlaw.com
*Counsel for Creditor, Hometap Investment*
*Partners III SPV, LLC by and through its*
*servicer, Hometap Equity Partners, LLC*