**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ANTHONY D. FERRELL,

DEBTOR.

CASE NO. 25-12274

CHAPTER 13

## OBJECTION TO PLAN CONFIRMATION

Hometap Investment Partners III SPV, LLC ("Hometap"), Secured Creditor herein, by and through its servicer, Hometap Equity Partners, LLC ("Hometap Equity") and undersigned counsel, HINSHAW & CULBERTSON LLP, states the following as grounds for its Objection to the Confirmation of the Debtor's Second Amended Chapter 13 Plan, filed herein on February 22, 2026, at Docket Entry 24.

1.      On December 2, 2021, Anthony D. Ferrell (the "Debtor") granted to Hometap an irrevocable option to acquire an undivided percentage interest of the fee simple title ownership in the property (the "Property") described in and pursuant to that certain Option Purchase Agreement, dated December 2, 2021 (the "Agreement"). The Property is the Debtor's principal residence, commonly known as 1406 East Duval Street, Philadelphia, PA 19138 ("Principal Residence). A true and correct copy of the Agreement is attached as Exhibit "A" to the Addendum to the Proof of Claim filed by Hometap in this case on August 11, 2025, as Claim No. 27-1 (the "Proof of Claim"), and is incorporated herein by this reference.

2.      The obligations of the Debtor under the Agreement are secured by a certain Mortgage and Security Agreement, dated December 2, 2021 (the "Mortgage"), which was properly recorded and perfected on March 21, 2022, with the official records of the City of Philadelphia, Pennsylvania, Department of Records, as Document Number 54004265. A true and correct copy of the Recorded Mortgage is attached to the Addendum to the Proof of Claim as Exhibit "B" and

is incorporated herein by this reference.

3.      The security interest in and to the Property described in the Agreement and Mortgage was further perfected through the filing of a Memorandum of Option Purchase Agreement, dated December 2, 2021 (the "Memo of Option"), in the City of Philadelphia, Pennsylvania Department of Records, on March 21, 2022, as Document Number 54004266. A true and correct copy of the Memo of Option is attached to the Addendum to the Proof of Claim as Exhibit "C" and are incorporated herein by this reference.

4.      The Second Amended Chapter 13 Plan purports to pay Hometap $40,272.00, at zero percent interest over the life of the Plan and further seeks to "void the contract".  Any effort to void the contract or modify the contractual rights of Hometap is in violation of the anti-modification provision.  *See* Bankruptcy Code §1322(b)(2).  In addition, the Debtor does not explain how he comes up with the figure of $40,272.00.  The initial investment amount paid to the Debtor on December 2, 2021 was $79,000.00.  As of the filing of the Petition, being June 5, 2025, the amount that would have been necessary to pay Hometap would have been $131,667.25.  Moreover, the amount that would be necessary to pay Hometap as of the filing of the current Second Amended Plan on February 22, 2026 would have been $131,667.25.

Therefore, the proposed Second Amended Plan seeks an impermissible modification of Hometap's contractual rights in violation of  Bankruptcy Code §1322(b)(2) thus the Plan may not be confirmed.

5.      Furthermore, the Second Amended Plan does not provide for interest to be paid to Hometap.  As a secured creditor, Hometap is entitled to be paid the present value of its claim, which equates to interest plus a risk factor.  *See Till v. SCS Credit Corp.,* 541 U.S. 465; *See also* 11 U.S.C. § 1325(a)(5).

6.      Lastly, there is no authority for a Plan to "void the contract" or the lien. *See* 11

U.S.C. § 1325(a)(5) which requires that the holder of an allowed secured claim to retain the lien securing the claim.

## CONCLUSION

For all the foregoing reasons this Court should deny confirmation of the Debtor's proposed Second Amended Chapter 13 Plan and grant Hometap such further relief as the Court deems just and proper.

Dated: March 18, 2026

**HINSHAW & CULBERTSON LLP**

By: /s/ Fred W. Hoensch
Fred W. Hoensch
111 Wood Avenue South, Suite 210
Iselin, NJ 08830
Telephone: (908) 374-0337
Fax: (908) 374-0345
fhoensch@hinshawlaw.com
***Counsel for Creditor, Hometap Investment Partners III SPV, LLC by and through its servicer, Hometap Equity Partners, LLC***