IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:               :      CHAPTER 13
                     :
Anthony D. Ferrell   :      NO.  25-12274-AMC
        Debtor       :


NOTICE OF MOTION, RESPONSE DEADLINE
AND TELEPHONIC OR VIDEO HEARING DATE


Debtor, by attorney David M. Offen, has filed a Motion to Approve Partial Loan Modification.

1. <u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the Motion, then on or before June 2, 2026, you or your attorney must file a response to the Motion.

3. A hearing on the Motion is scheduled to be held on June 17, 2026 at 11:00 a.m.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

☒    Telephonic via: <u>[court number]</u>
     Zoom audio technology only.  Meeting Info:
     1-646-828-7666 (telephone number)  160 6807 8081
     (meeting ID).  No participant ID is necessary.

☐    Video Conference using the following link:
     _____.

☒    In-Person participation is also available for this
     hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at 215-408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

Filing Instructions

1.    If you are required to file documents electronically by
      Local Bankruptcy Rule 5005-2, you must file your response
      electronically.

2.    If you are not required to file electronically, you must
      file your response at

            Office of the Clerk
            U.S. Bankruptcy Court
            900 Market Street, Suite 400
            Philadelphia, Pa. 19107

3.    If you mail your response to the Bankruptcy Clerk's Office
      for filing, you must mail it early enough so that it will be
      received on or before the date stated in Paragraph 2 on the
      previous page of this Notice.

4.    On the same day that you file or mail your Response to the
      Motion, you must mail or deliver a copy of the Response to
      the movant's attorney:

            David M. Offen, Esquire
            The Curtis Center
            601 Walnut Street, Suite 160 West
            Philadelphia, Pa. 19106
            215-625-9600
            info@offenlaw.com

            Scott F. Waterman, Chapter 13 Standing Trustee
            2901 St. Lawrence Avenue, Suite 100
            Reading, PA 19606

Dated: 05/18/2026          /s/ David M. Offen
                           David M. Offen
                           Attorney for Debtor(s)
                           The Curtis Center
                           601 Walnut Street, Suite 160 West
                           Philadelphia, PA 19106
                           215-625-9600
                           info@offenlaw.com