IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                    :      CHAPTER 13
                          :
Anthony D. Ferrell   :      NO.  25-12274-AMC
        Debtor            :


CERTIFICATION OF NO RESPONSE TO
MOTION TO APPROVE INCURRING OF ADDITIONAL SECURED DEBT


I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Approve Loan Partial Modification and respectfully request that the Order attached to the Motion be approved.


Dated: June 4, 2026            /s/ David M. Offen
                               David M. Offen
                               Attorney for Debtor(s)
                               The Curtis Center
                               601 Walnut Street, Suite 160 West
                               Philadelphia, PA 19106
                               215-625-9600
                               info@offenlaw.com