IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :     CHAPTER 13
                          :
Anthony D. Ferrell  :     NO.  25-12274-AMC
      Debtor        :

ORDER

AND NOW, upon consideration of the Motion to Approve Loan Partial Modification, it is hereby Ordered and Decreed that the Motion is approved and Midland Mortgage can proceed with the partial loan modification on the property located at 1406 E Duval Street, Philadelphia, PA 19138.

June 18, 2026
_____          _____
Date                     HONORABLE ASHELY M. CHAN
                         CHIEF UNITED STATES BANKRUPTCY COURT