United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-12274-amc

Anthony D. Ferrell                                                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 18, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

**Recip ID              Recipient Name and Address**
db                    +  Anthony D. Ferrell, 1406 E Duval Street, Philadelphia, PA 19138-1102

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

**Name                        Email Address**

DAVID M. OFFEN
                            on behalf of Debtor Anthony D. Ferrell ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

FRED W. HOENSCH
                            on behalf of Creditor Hometap Investment Partners III SPV  LLC by and through its servicer, Hometap Equity Partners, LLC
                            fhoensch@hinshawlaw.com, NYCDocket@hinshawlaw.com

MATTHEW K. FISSEL
                            on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                            ECFMail@ReadingCh13.com

United States Trustee
                            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                    :    CHAPTER 13
                          :
Anthony D. Ferrell   :    NO.  25-12274-AMC
        Debtor            :


ORDER


AND NOW, upon consideration of the Motion to Approve Loan

Partial Modification, it is hereby Ordered and Decreed that the

Motion is approved and Midland Mortgage can proceed with the

partial loan modification on the property located at 1406 E

Duval Street, Philadelphia, PA 19138.



June 18, 2026
Date                          HONORABLE ASHELY M. CHAN
                              CHIEF UNITED STATES BANKRUPTCY COURT