Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Anthony D. Ferrell
1406 E Duval Street
Philadelphia, PA 19138

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-12274-AMC**

Petition Filed Date: 06/05/2025
341 Hearing Date: 07/18/2025
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/04/2025 | $1,500.00 | | 10/02/2025 | $1,500.00 | | 11/03/2025 | $1,500.00 | |
| 12/03/2025 | $1,500.00 | | 01/05/2026 | $1,500.00 | | 02/03/2026 | $1,500.00 | |
| 03/04/2026 | $1,500.00 | | 04/02/2026 | $1,500.00 | | 05/04/2026 | $1,500.00 | |
| 06/02/2026 | $1,500.00 | | 07/02/2026 | $1,500.00 | | | | |

**Total Receipts for the Period: $16,500.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $21,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $6,512.82 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA INC<br>»» 02S | Secured Creditors | $13.66 | $0.00 | $0.00 |
| 3 | SANTANDER CONSUMER USA INC<br>»» 02U | Unsecured Creditors | $13,248.92 | $0.00 | $0.00 |
| 4 | CAPITAL ONE NA SUCCESSOR TO DISCOVER<br>»» 003 | Unsecured Creditors | $3,323.34 | $0.00 | $0.00 |
| 5 | US SMALL BUSINESS ADMINISTRATION (SBA)<br>»» 004 | Unsecured Creditors | $23,090.51 | $0.00 | $0.00 |
| 6 | ONEMAIN FINANCIAL GROUP LLC<br>»» 005 | Unsecured Creditors | $1,495.59 | $0.00 | $0.00 |
| 7 | ONEMAIN FINANCIAL GROUP LLC<br>»» 006 | Unsecured Creditors | $18,767.80 | $0.00 | $0.00 |
| 8 | ATLAS ACQUISITIONS LLC<br>»» 007 | Unsecured Creditors | $11,503.55 | $0.00 | $0.00 |
| 9 | MIDFIRST BANK<br>»» 008 | Mortgage Arrears | $3,971.99 | $0.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $14,295.25 | $0.00 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $38,902.60 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $790.88 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-12274-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $1,420.55 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 012 | Unsecured Creditors | $1,354.07 | $0.00 | $0.00 |
| 15 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $1,273.77 | $0.00 | $0.00 |
| 16 | VERIZON BY AIS AS AGENT<br>»» 014 | Unsecured Creditors | $107.96 | $0.00 | $0.00 |
| 17 | MIDLAND CREDIT MANAGEMENT INC<br>»» 015 | Unsecured Creditors | $1,245.92 | $0.00 | $0.00 |
| 18 | MIDLAND CREDIT MANAGEMENT INC<br>»» 016 | Unsecured Creditors | $2,769.50 | $0.00 | $0.00 |
| 19 | AFFIRM INC<br>»» 017 | Unsecured Creditors | $900.71 | $0.00 | $0.00 |
| 20 | MERRICK BANK<br>»» 018 | Unsecured Creditors | $1,134.48 | $0.00 | $0.00 |
| 21 | BANK OF AMERICA, NA<br>»» 019 | Unsecured Creditors | $400.09 | $0.00 | $0.00 |
| 22 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $2,150.03 | $0.00 | $0.00 |
| 23 | LVNV FUNDING LLC<br>»» 021 | Unsecured Creditors | $1,397.29 | $0.00 | $0.00 |
| 24 | LVNV FUNDING LLC<br>»» 022 | Unsecured Creditors | $2,223.75 | $0.00 | $0.00 |
| 25 | LVNV FUNDING LLC<br>»» 023 | Unsecured Creditors | $2,014.92 | $0.00 | $0.00 |
| 26 | LVNV FUNDING LLC<br>»» 024 | Unsecured Creditors | $801.78 | $0.00 | $0.00 |
| 27 | LVNV FUNDING LLC<br>»» 025 | Unsecured Creditors | $833.93 | $0.00 | $0.00 |
| 28 | QUANTUM3 GROUP LLC<br>»» 026 | Unsecured Creditors | $1,205.89 | $0.00 | $0.00 |
| 29 | HOMETAP HEI FUND IV SPVII LLC<br>»» 027 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | DIGITAL FEDERAL CREDIT UNION<br>»» 028 | Unsecured Creditors | $1,893.06 | $0.00 | $0.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 029 | Unsecured Creditors | $3,291.92 | $0.00 | $0.00 |
| 32 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 030 | Unsecured Creditors | $319.96 | $0.00 | $0.00 |
| 33 | CITY OF PHILADELPHIA (LD)<br>»» 031 | Secured Creditors | $1,022.32 | $0.00 | $0.00 |
| 34 | CITY OF PHILADELPHIA (LD)<br>»» 032 | Secured Creditors | $678.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-12274-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,000.00 | Current Monthly Payment: | $1,500.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,518.00 | Total Plan Base: | $194,680.00 |
| Funds on Hand: | $19,482.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.